# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware corporation,<br>Plaintiff,<br><br>v.<br><br>D & M CHEM, INC., a Washington State corporation,<br>Defendant. | Case No. 6:13-mc-00055-AA<br><br>STIPULATION OF WITHDRAWAL OF SUBPOENA AND RESPONSIVE MOTION FOR PROTECTIVE ORDER |

The parties being in agreement, and the Court being duly and sufficiently advised,

IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED that:

1.      Defendant D & M Chem served a subpoena in December 2012 on third party OR-CAL, Inc. ("OR-CAL") in this district.  The subpoena was served in connection with a lawsuit pending in Washington State federal court, *Tessenderlo Kerley, Inc. v. D & M Chem, Inc.*, Case No. 2:11-cv-03112-LRS (E.D. Wash.) (the "Washington State Litigation").

2.      On February 28, 2013, plaintiff Tessenderlo Kerley, Inc. ("TKI") filed a motion for protective order in this Court to block OR-CAL from producing certain documents.  D & M Chem has opposed this motion.

3.      On March 29, 2013, TKI and D & M Chem filed a stipulation resolving the Washington State Litigation.  See Ex. A hereto.

4.      Additionally, on March 29, 2013, D & M Chem sent a letter to OR-CAL's counsel informing him that, in light of the resolution of the Washington State Litigation, D & M Chem withdraws its subpoena to OR-CAL.  See Ex. B hereto.

Page 1 – Parties' Stipulation of Withdrawal of Subpoena and Protective Order Motion

8165960

5.     Based on the foregoing, TKI hereby withdraws the motion for protective filed in

this Court on February 28, 2013.

6.     The parties agree that the action in this Court should be dismissed with prejudice,

each party to bear its own attorneys' fees and costs.

Dated: April 1, 2013

SO STIPULATED:

/s/ Dennis W. Percell
Dennis W. Percell (OSB 752974)
dpercell@agsprp.com
ARNOLD GALLAGHER PERCELL
ROBERTS & POTTER, P.C.
800 Willamette Street, Suite 800
Eugene, OR 97401
Telephone: 541-484-0188
Facsimile: 541-484-0536

Andrew J. Sloniewsky (admitted *pro hac vice*)
asloniew@steptoe.com
Seth A. Watkins
sethwatkins@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202 429-3902

Attorneys for Plaintiff
TESSENDERLO KERLEY, INC.

/s/ Patrick A. Lynd
Patrick A. Lynd (OSB 982855)
plynd@hershnerhunter.com
HERSHNER HUNTER LLP
P.O. Box 1475
Eugene, OR 97440
Telephone: 541-686-8511
Facsimile: 541-344-2025

Shannon Jost (admitted pro hac vice)
Shannon.jost@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue
Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 892-2124
Facsimile: (206) 464-1496

Attorneys for Defendant
D & M CHEM, INC.

SO ORDERED:

Hon. Ann Aiken
United States District Judge

Page 2 – Parties' Stipulation of Withdrawal of Subpoena and Protective Order Motion

8165960

# EXHIBIT A

Case 6:13-mc-00055-AA    Document 14    Filed 04/02/13    Page 4 of 8    Page ID#: 122
Case 6:13-mc-00055-AA    Document 12-1    Filed 04/01/13    Page 2 of 6    Page ID#: 113

Case 2:11-cv-03112-LRS    Document 118    Filed 03/29/13

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

TESSENDERLO KERLEY, INC., a
Delaware corporation,

          Plaintiff,

v.

D & M CHEM, Inc., a Washington
corporation,

          Defendant.

**Case No. 2:11-cv-03112-LRS**

**STIPULATED MOTION AND
ORDER OF DISMISSAL**

The parties being in agreement, and the Court being duly and sufficiently advised;

IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED that:

1. The Claim Construction Order (Docket Item 116) is FINAL as to all claim constructions therein including but not limited to the Court's claim constructions for the claim terms "[particles as applied] allow for the exchange of gases on the surface of said crop" (U.S. Patent No. 6,110,867) and "[said membrane] allows for the exchange of gases on the surface of said substrate" (U.S. Patent No. 6,464,995).

2. All Claims of Plaintiff Tessenderlo Kerley, Inc. as set forth in the Complaint (Docket Item 1) be, and hereby are, DISMISSED with prejudice as to Defendant D & M Chem, Inc., and its directors, officers, employees, attorneys, insurers, successors and assigns, subsidiaries, affiliates, divisions, parent companies, and related corporate entities;

Kuffel, Hultgrenn, Klashke, Shea & Ellerd, LLP
1915 Sun Willows Blvd.
Pasco, WA 99301
(509) 492-3032

Case 6:13-mc-00055-AA    Document 14    Filed 04/02/13    Page 5 of 8    Page ID#: 123
Case 6:13-mc-00055-AA    Document 12-1    Filed 04/01/13    Page 3 of 6    Page ID#: 114

Case 2:11-cv-03112-LRS    Document 118    Filed 03/29/13

3.     All Counterclaims of Defendants/Counterclaimants D & M Chem, Inc. as set

forth in its Answer and counterclaims (Docket Item 35) be, and hereby are, DISMISSED with

prejudice as to Counterclaim Defendant Tessenderlo Kerley, Inc., and its directors, officers,

employees, attorneys, insurers, successors and assigns, subsidiaries, affiliates, divisions, parent

companies, and related corporate entities; and

4.     Each party to bear its own attorneys' fees and costs.

Dated this 29th day of March, 2013.

SO STIPULATED: [1]

s/ Edward F. Shea, Jr.
Edward F. Shea, Jr. (WSBA #23704)
KUFFEL, HULTGRENN, KLASHKE,
  SHEA & ELLERD, LLP
1915 Sun Willows Blvd.
Pasco, WA 99301
(509) 492-3032

s/ Seth A. Watkins
Seth A. Watkins (admitted *pro hac vice*)
Timothy C. Bickham (admitted *pro hac vice*)
Houda Morad (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-3000

*Counsel for Plaintiff/Counterclaim
Defendant Tessenderlo Kerley, Inc.*

s/ Shannon M. Jost
Justo G. Gonzalez (WSBA #39127)
Brendan V. Monahan (WSBA #22315)
Shannon M. Jost (WSBA #32511)
Bradford J. Axel (WSBA #29269)
STOKES LAWRENCE VELIKANJE
  MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
(509) 853-3000

*Counsel for Defendant/Counterclaim
Plaintiff D & M Chem, Inc.*

SO ORDERED.

_____
Hon. Lonny R. Suko
United States District Judge

[1] On March 29, 2013, Edward F. Shea, Jr. and Shannon M. Jost each authorized the filing of this
pleading with his and her electronic signature, respectively.

Case 6:13-mc-00055-AA   Document 14   Filed 04/02/13   Page 6 of 8   Page ID#: 124
Case 6:13-mc-00055-AA   Document 12-1   Filed 04/01/13   Page 4 of 6   Page ID#: 115

Case 2:11-cv-03112-LRS   Document 118   Filed 03/29/13

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2013 (Pacific time), I caused

the foregoing **STIPULATED MOTION AND ORDER OF DISMISSAL** to be

filed with the clerk of court for the United States District Court for the Eastern

District of Washington using the electronic case filing system of the court, which

in turn served the following attorneys of record for the defendant:

> Justo G. Gonzalez
> jgg@stokeslaw.com
>
> Bradford J. Axel
> bradford.axel@stokeslaw.com
>
> Brendan V. Monahan
> bvm@stokeslaw.com
>
> Shannon M. Jost
> shannon.jost@stokeslaw.com
>
> Attorneys for Defendant D & M Chem, Inc.

I declare under penalty of perjury under the laws of the United States that

the foregoing is true and correct.

*s/ Seth A. Watkins*

STIPULATED MOTION AND ORDER OF DISMISSAL

**Steptoe & Johnson LLP**
1330 Connecticut Ave., NW
Washington, DC 20036
(202) 429-3000

# EXHIBIT B



STOKES LAWRENCE

Shannon M. Jost
(206) 892-2124
shannon.jost@stokeslaw.com

March 29, 2013

VIA E-MAIL AND U.S. MAIL

William G. Wheatley
Jaqua & Wheatley LLC
825 E. Park St.
Eugene, OR 97401
*bwheatley@jaquawheatley.com*

      Re:   *Tessenderlo Kerley, Inc. v. D&M Chem, Inc.*

Dear Bill:

      Please be advised that the parties to the above-referenced litigation have filed a Stipulated Motion and Order of Dismissal. Accordingly, D&M Chem, Inc. hereby withdraws its subpoena for documents to your client, Or-Cal, Inc., issued December 18, 2012. There is no need for any further action by Or-Cal in connection with the subpoena.

      TKI's counsel have advised that they will be promptly withdrawing their motion for protective order regarding the subpoena.

                Thank you and regards,

                STOKES LAWRENCE, P.S.

                Shannon M. Jost

cc:     All Counsel of Record

51115-001 \ 1733973.docx