UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **TESSENDERLO KERLEY, INC.**, a Delaware corporation,<br>Plaintiff,<br><br>v.<br><br>**D & M CHEM, INC.**, a Washington State corporation,<br>Defendant. | Case No. 6:13-mc-00055-AA<br><br>STIPULATION OF WITHDRAWAL OF SUBPOENA AND RESPONSIVE MOTION FOR PROTECTIVE ORDER |

The parties being in agreement, and the Court being duly and sufficiently advised,

IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED that:

1. Defendant D & M Chem served a subpoena in December 2012 on third party OR-CAL, Inc. ("OR-CAL") in this district. The subpoena was served in connection with a lawsuit pending in Washington State federal court, *Tessenderlo Kerley, Inc. v. D & M Chem, Inc.*, Case No. 2:11-cv-03112-LRS (E.D. Wash.) (the "Washington State Litigation").

2. On February 28, 2013, plaintiff Tessenderlo Kerley, Inc. ("TKI") filed a motion for protective order in this Court to block OR-CAL from producing certain documents. D & M Chem has opposed this motion.

3. On March 29, 2013, TKI and D & M Chem filed a stipulation resolving the Washington State Litigation. See Ex. A hereto.

4. Additionally, on March 29, 2013, D & M Chem sent a letter to OR-CAL's counsel informing him that, in light of the resolution of the Washington State Litigation, D & M Chem withdraws its subpoena to OR-CAL. See Ex. B hereto.

Page 1 – Parties' Stipulation of Withdrawal of Subpoena and Protective Order Motion

8165960

5. Based on the foregoing, TKI hereby withdraws the motion for protective filed in this Court on February 28, 2013.

6. The parties agree that the action in this Court should be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: April 1, 2013

SO STIPULATED:

| | |
|---|---|
| /s/ Dennis W. Percell | /s/ Patrick A. Lynd |
| Dennis W. Percell (OSB 752974) | Patrick A. Lynd (OSB 982855) |
| dpercell@agsprp.com | plynd@hershnerhunter.com |
| ARNOLD GALLAGHER PERCELL | HERSHNER HUNTER LLP |
| ROBERTS & POTTER, P.C. | P.O. Box 1475 |
| 800 Willamette Street, Suite 800 | Eugene, OR 97440 |
| Eugene, OR 97401 | Telephone: 541-686-8511 |
| Telephone: 541-484-0188 | Facsimile: 541-344-2025 |
| Facsimile: 541-484-0536 | |
| | |
| Andrew J. Sloniewsky (admitted *pro hac vice*) | Shannon Jost (admitted pro hac vice) |
| asloniew@steptoe.com | Shannon.jost@stokeslaw.com |
| Seth A. Watkins | STOKES LAWRENCE, P.S. |
| sethwatkins@steptoe.com | 1420 Fifth Avenue |
| STEPTOE & JOHNSON LLP | Suite 3000 |
| 1330 Connecticut Ave., NW | Seattle, WA 98101-2393 |
| Washington, DC 20036 | Telephone: (206) 892-2124 |
| Telephone: (202) 429-3000 | Facsimile: (206) 464-1496 |
| Facsimile: (202 429-3902 | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| TESSENDERLO KERLEY, INC. | D & M CHEM, INC. |

SO ORDERED:

_____
Hon. Ann Aiken
United States District Judge

# EXHIBIT A

Case 6:13-mc-00055-AA    Document 14    Filed 04/02/13    Page 4 of 8
Case 6:13-mc-00055-AA    Document 12-1    Filed 04/01/13    Page 2 of 6    Page ID#: 113

Case 2:11-cv-03112-LRS    Document 118    Filed 03/29/13

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>D & M CHEM, Inc., a Washington corporation,<br><br>Defendant. | Case No. 2:11-cv-03112-LRS<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL** |

The parties being in agreement, and the Court being duly and sufficiently advised;

IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED that:

1. The Claim Construction Order (Docket Item 116) is FINAL as to all claim constructions therein including but not limited to the Court's claim constructions for the claim terms "[particles as applied] allow for the exchange of gases on the surface of said crop" (U.S. Patent No. 6,110,867) and "[said membrane] allows for the exchange of gases on the surface of said substrate" (U.S. Patent No. 6,464,995).

2. All Claims of Plaintiff Tessenderlo Kerley, Inc. as set forth in the Complaint (Docket Item 1) be, and hereby are, DISMISSED with prejudice as to Defendant D & M Chem, Inc., and its directors, officers, employees, attorneys, insurers, successors and assigns, subsidiaries, affiliates, divisions, parent companies, and related corporate entities;

STIPULATED MOTION AND ORDER OF DISMISSAL
Page 1 of 2

Kuffel, Hultgrenn, Klashke, Shea & Ellerd, LLP
1915 Sun Willows Blvd.
Pasco, WA 99301
(509) 492-3032

Case 6:13-mc-00055-AA   Document 14   Filed 04/02/13   Page 5 of 8
Case 6:13-mc-00055-AA   Document 12-1   Filed 04/01/13   Page 3 of 6   Page ID#: 114

Case 2:11-cv-03112-LRS   Document 118   Filed 03/29/13

3.     All Counterclaims of Defendants/Counterclaimants D & M Chem, Inc. as set forth in its Answer and counterclaims (Docket Item 35) be, and hereby are, DISMISSED with prejudice as to Counterclaim Defendant Tessenderlo Kerley, Inc., and its directors, officers, employees, attorneys, insurers, successors and assigns, subsidiaries, affiliates, divisions, parent companies, and related corporate entities; and

4.     Each party to bear its own attorneys' fees and costs.

Dated this 29th day of March, 2013.

SO STIPULATED: [1]

s/ Edward F. Shea, Jr.
Edward F. Shea, Jr. (WSBA #23704)
KUFFEL, HULTGRENN, KLASHKE,
  SHEA & ELLERD, LLP
1915 Sun Willows Blvd.
Pasco, WA 99301
(509) 492-3032

s/ Seth A. Watkins
Seth A. Watkins (admitted *pro hac vice*)
Timothy C. Bickham (admitted *pro hac vice*)
Houda Morad (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-3000

*Counsel for Plaintiff/Counterclaim
Defendant Tessenderlo Kerley, Inc.*

s/ Shannon M. Jost
Justo G. Gonzalez (WSBA #39127)
Brendan V. Monahan (WSBA #22315)
Shannon M. Jost (WSBA #32511)
Bradford J. Axel (WSBA #29269)
STOKES LAWRENCE VELIKANJE
  MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
(509) 853-3000

*Counsel for Defendant/Counterclaim
Plaintiff D & M Chem, Inc.*

SO ORDERED.

_____
Hon. Lonny R. Suko
United States District Judge

---

[1] On March 29, 2013, Edward F. Shea, Jr. and Shannon M. Jost each authorized the filing of this pleading with his and her electronic signature, respectively.

STIPULATED MOTION AND ORDER OF DISMISSAL
Page 2 of 2

Kuffel, Hultgrenn, Klashke, Shea & Ellerd, LLP
1915 Sun Willows Blvd.
Pasco, WA 99301
(509) 492-3032

Case 6:13-mc-00055-AA   Document 14   Filed 04/02/13   Page 6 of 8
Case 6:13-mc-00055-AA   Document 12-1   Filed 04/01/13   Page 4 of 6   Page ID#: 115

Case 2:11-cv-03112-LRS   Document 118   Filed 03/29/13

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2013 (Pacific time), I caused the foregoing **STIPULATED MOTION AND ORDER OF DISMISSAL** to be filed with the clerk of court for the United States District Court for the Eastern District of Washington using the electronic case filing system of the court, which in turn served the following attorneys of record for the defendant:

> Justo G. Gonzalez
> jgg@stokeslaw.com
>
> Bradford J. Axel
> bradford.axel@stokeslaw.com
>
> Brendan V. Monahan
> bvm@stokeslaw.com
>
> Shannon M. Jost
> shannon.jost@stokeslaw.com
>
> Attorneys for Defendant D & M Chem, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*s/ Seth A. Watkins*

STIPULATED MOTION AND ORDER OF DISMISSAL

Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036
(202) 429-3000

# EXHIBIT B



Shannon M. Jost
(206) 892-2124
shannon.jost@stokeslaw.com

March 29, 2013

VIA E-MAIL AND U.S. MAIL

William G. Wheatley
Jaqua & Wheatley LLC
825 E. Park St.
Eugene, OR 97401
bwheatley@jaquawheatley.com

    Re:    *Tessenderlo Kerley, Inc. v. D&M Chem, Inc.*

Dear Bill:

    Please be advised that the parties to the above-referenced litigation have filed a Stipulated Motion and Order of Dismissal. Accordingly, D&M Chem, Inc. hereby withdraws its subpoena for documents to your client, Or-Cal, Inc., issued December 18, 2012. There is no need for any further action by Or-Cal in connection with the subpoena.

    TKI's counsel have advised that they will be promptly withdrawing their motion for protective order regarding the subpoena.

                         Thank you and regards,

                         STOKES LAWRENCE, P.S.

                         Shannon M. Jost

cc:    All Counsel of Record

51115-001 \ 1733973.docx

1420 Fifth Avenue, Suite 3000   Seattle, Washington 98101-2393 | 206.626.6000 reception  206.464.1496 facsimile
120 N. Naches Avenue   Yakima, Washington 98901-2757   509.853.3000 reception  509.895.0060 facsimile